[No. 21938–3–I.   Division One.   May 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE NOE
LOPEZ, *Defendant,* ESTANISLADO C. RUBIO,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–04306–8, Arthur E. Piehler, J., entered
February 12, 1988. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Grosse, A.C.J., Winsor, J., dis-
senting.

[No. 25379–4–I.   Division One.   May 7, 1990.]

GARY W. POWELL, ET AL, *Appellants,* v. CAPSTONE HOMES,
INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 89–2–17340–9, Charles S. Burdell, Jr., J.,
entered October 25, 1989. *Remanded with instructions* by
unpublished per curiam opinion.

[No. 24717–4–I.   Division One.   May 7, 1990.]

THE CITY OF AUBURN, *Respondent,* v. FOSTER VILLA,
*Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 89–1–00887–1, Frank L. Sullivan, J., entered
August 3, 1989. *Reversed* by unpublished per curiam opin-
ion.